IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AGRI-PROCESS INNOVATIONS, INC.
and AP FABRICATIONS, LLC                                    PLAINTIFFS

v.                    CASE NO. 4-08-CV-00558 BSM

GREENLINE INDUSTRIES, LLC                                   DEFENDANT

## ORDER

Kevin A. Crass, has moved, without objection, for the court to grant admission pro hac vice to Brett M. Schuman, Sharon R. Smith, and Herman J. Hoying [Doc. # 12]. For good cause and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Motion for Admission Pro Hac Vice is granted. Brett M. Schuman, Sharon R. Smith, and Herman J. Hoying are hereby permitted to appear and participate in this action as counsel for the defendant.

IT IS SO ORDERED this 15th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE