IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**AGRI-PROCESS INNOVATIONS, INC.**
**and AP FABRICATIONS, LLC**                                              **PLAINTIFFS**

**v.**                        **CASE NO. 4:08CV00558 BSM**

**GREENLINE INDUSTRIES, LLC**                                            **DEFENDANT**

**GREENLINE INDUSTRIES, LLC and**
**GREENLINE INDUSTRIES, INC.**               **COUNTERCLAIM-PLAINTIFFS**

**v.**

**AGRI-PROCESS INNOVATIONS, INC.**
**and AP FABRICATIONS, LLC (f/k/a**
**GREENLINE FABRICATIONS, LLC)**           **COUNTERCLAIM-DEFENDANTS**

**CONSOLIDATED WITH:**

**GREENLINE INDUSTRIES, INC.**                                             **PLAINTIFF**

**v.**                        **CASE NO. 4:08CV03581 SWW**

**AGRI-PROCESS INNOVATIONS, INC.**
**and AP FABRICATIONS, LLC (f/k/a**
**GREENLINE FABRICATIONS, LLC)**                                        **DEFENDANTS**

## ORDER

Pursuant to the parties Joint Stipulation of Dismissal [Doc. No. 63] the case is dismissed with prejudice and all pending motions are hereby rendered moot.

IT IS SO ORDERED this 9th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE